UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| CATHY HUMBLE,<br> *Plaintiff,*<br><br>v.<br><br>CLIENT SERVICES, INC., and<br>CAPITAL ONE SERVICES, LLC,<br> *Defendants.* | § § § § § § § § § § | CASE NO. 4:18-cv-347 |

# DEFENDANT CLIENT SERVICES, INC.'S
# NOTICE OF REMOVAL

TO THE HONORABLE JUDGE:

COMES NOW, Defendant CLIENT SERVICES, INC. ("**CSI**") and files its *Notice of Removal* as follows:

1. Plaintiff CATHY HUMBLE filed her state-court Petition on September 7, 2018 with the Marion County District Court located at 214 E. Main, Knoxville, IA 50138.

2. This is a civil action based on Plaintiff's contention that CSI violated the Fair Debt Collection Practices Act ("**FDCPA**") and the Iowa Fair Debt Collection Practices Act ("**IDCPA**"). This case is still pending in state court.

3. Removal is proper because this case involved a federal question—an alleged violation of the FDCPA. This entire suit is removable under 28 U.S.C. § 1441(a).

4. Venue is proper in this district under 28 U.S.C. 1441(a) because the

state court where the suit has been pending is located in this district.

5. Removal is timely pursuant to 28 U.S.C. § 1441(b) because ICS has filed its *Notice of Removal* within 30 days of receipt of Plaintiff's state-court Petition which was served on ICS on September 13, 2018.

6. Pursuant to U.S.C. § 1441(a) and Local Rule 81 of the Southern District of Iowa, the following documents and information has been attached as **Exhibit A**: a) copies of all process and pleadings in the state court matter, b) a list of all motions pending in the state court case (of which there are none), and c) the names of all counsel and parties of record.

7. As of the date of this *Notice of Removal*, both Defendants to this action have been served. Counsel for CSI has contacted counsel for Capital One Services, LLC, through its authorized representatives, and it has consented to this Removal as evidenced by the *Notice of Consent* attached hereto as **Exhibit B**.

8. A copy of this Notice of Removal has been sent to Plaintiff's counsel and will be filed with the clerk of the Marion County District Court.

9. A jury demand was ***not*** made in the state court proceeding.

WHEREFORE, PREMISES CONSIDERED, CSI respectfully requests that this Court assume full jurisdiction over the proceeding as provided by law.

Dated: October 12, 2018.                    Respectfully submitted,

                                                Respectfully submitted,
                                                **MALONE AND MARTIN PLLC**

                                                */s/ Michael L. Frost*

>MICHAEL L. FROST
>State Bar No. AT19159
>Email: mfrost@mamlaw.com
>**MALONE AND MARTIN PLLC**
>8750 North Central Expressway
>NCX Building, Suite 1850
>Dallas, Texas 75231
>TEL: (214) 346-2630
>FAX: (214) 346-2631
>***COUNSEL FOR CLIENT SERVICES, INC.***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served **via CM/ECF and certified mail to** the Plaintiff on this 12th day of October, 2018.

>MARKS LAW FIRM
>Samuel Marks, Esq.
>4225 University Ave.
>Des Moines, IA 50311
>P: (515) 276-7211 | F: (515) 276-6280
>Email: sam@markslawdm.com

>*/s/ Michael L. Frost*
>MICHAEL L. FROST